# EXHIBIT A

 Gmail

## LAST NIGHT: John Legend and Belvedere Vodka Partner for NYC Darkness and Light Album Release Party

**Jordanne Davidson** <jordanne@thisismission.com>
To: editors@justjared.com

Tue, Nov 15, 2016 at 6:31 AM

Hi Kim,

I wanted to be in touch with images and details surrounding **John Legend**'s 'Darkness and Light' album release party with **Belvedere** last night in New York City.

Please see hi-res images here and further information below!

Do let me know if you're able to share in today's coverage. We also have hi-res and samples of John's limited edition (BELVEDERE)<sup>RED</sup> bottle if needed.


Best,
Jordanne

### John Legend and Belvedere Vodka Partner for NYC *Darkness and Light* Album Release Party


Last night, (BELVEDERE)RED and John Legend joined forces for the launch party of his new album, *Darkness and Light*.  The evening showcased John's newest songs and an intimate Q&A discussion about the inspiration for the album. John also performed his latest hit single "Love Me Now" dedicated to the (BELVEDERE)RED  campaign, encouraging people to love now and give now in the face of tomorrow's uncertainty.


Hosted at Samsung 837 space, to the evening celebrated John's, first album release in three years and  his partnership with (BELVEDERE)RED , Throughout the evening, guests enjoyed red-themed Belvedere cocktails including the Big Red Mule, Honey Berry Breeze, and the Be Inspired.


Notable guests included; John Legend, Chrissy Tegien


For 2016, Belvedere, the world's original luxury vodka, launched the (BELVEDERE)RED campaign #MAKETHEDIFFERENCE, in partnership with John Legend - a passionate philanthropist and visionary creative. Together with Belvedere and South African artist Esther Mahlangu, John established four values that serve as the foundation of the campaign - unity, security, support and change – which collectively embody the spirit all of those joining the fight against HIV/AIDS.


As World Aids Day approaches on December 1st, fans and consumers can support the cause by giving - or keeping - the new Belvedere (PRODUCT)RED limited edition bottle, featuring South African Artist Esther Mahlangu's colorful artwork, alongside John Legend's signature. Belvedere proudly donates 50% of its profits from every bottle sold to the Global Fund to fight HIV/AIDS in Africa.






–

- - - - - - - - - - - - - - - -

CONFIDENTIAL

**Jordanne Davidson**
Account Coordinator

t +1 (212) 219 2787  c +1 (973) 809 0454

Mission Media USA, Inc.
123 Lafayette Street, 4th Floor, NY NY 10013
thisismission.com

Instagram / @thisismission
Twitter / @thisismission
Facebook / ThisIsMission
Linkedin / Mission Media

# EXHIBIT B

# mission

Mica Keeney <mica@thisismission.com>

## John Legend Event Imagery
23 messages

Mica Keeney <mica@thisismission.com>                                                                          14 November 2016 at 22:38
To: steve@bauzen.com
Cc: "Mike Navarra (mike.navarra@sonymusic.com)" <Mike.Navarra@sonymusic.com>, Belvedere US <belvedereus@thisismission.com>, "Davison, Melissa" <melissa@thisismission.com>

Hi Steve,

HUGE thank you for this evening!

Please send the edit including Belv shots to this email address when ready this evening.

Thanks again,

Mica

--

Mica Keeney

Project Lead

t +1 (212) 219 2787  c +1 (917) 891 7820

Mission Media USA, Inc,
123 Lafayette Street, 4th Floor, NY NY 10013
thisismission.com

Instagram / @thisismission
Twitter / @thisismission
Facebook / ThisIsMission
LinkedIn / Mission Media

---

Steve@Bauzen.com <Steve@bauzen.com>                                                                          15 November 2016 at 01:30
To: Mica Keeney <mica@thisismission.com>
Cc: "Mike Navarra (mike.navarra@sonymusic.com)" <Mike.Navarra@sonymusic.com>, Belvedere US <belvedereus@thisismission.com>, "Davison, Melissa" <melissa@thisismission.com>,
Winnie.Lam@sonymusic.com

Hi Everyone,

Here is a link to the zip file of last night's photos: https://we.tl/HoxCenNEQM
Please use a computer to download the zip file, it will not open from a phone.

Thank you,
Steve
[Quoted text hidden]

---

Mica Keeney <mica@thisismission.com>                                                                          15 November 2016 at 07:32
To: "Steve@Bauzen.com" <Steve@bauzen.com>
Cc: "Mike Navarra (mike.navarra@sonymusic.com)" <Mike.Navarra@sonymusic.com>, Belvedere US <belvedereus@thisismission.com>, "Davison, Melissa" <melissa@thisismission.com>,
Winnie.Lam@sonymusic.com

Thank you for sending! Are these going up on the wire too?
[Quoted text hidden]

---

Steve@Bauzen.com <Steve@bauzen.com>                                                                          15 November 2016 at 12:48
To: Mica Keeney <mica@thisismission.com>
Cc: "Mike Navarra (mike.navarra@sonymusic.com)" <Mike.Navarra@sonymusic.com>, Belvedere US <belvedereus@thisismission.com>, "Davison, Melissa" <melissa@thisismission.com>,
Winnie.Lam@sonymusic.com

Hi Mica,

No, these are the 17 that were selected for syndication: https://we.tl/u0tBqTjSQw
They're already mixed-into the performance & atmosphere photos I sent last night.
[Quoted text hidden]

# EXHIBIT C

 Gmail

jason eng <yojustjason@gmail.com>

# LAST NIGHT: John Legend and Belvedere Vodka Partner for NYC Darkness and Light Album Release Party

**Helen Croft** <helen@thisismission.com>               Wed, Mar 29, 2017 at 10:01 AM
To: Just Jason <jason@justjared.com>
Cc: Paul Murphy <pmurphy@murphyrosen.com>, Christian Carbone <ccarbone@loeb.com>, Mica Keeney <mica@thisismission.com>, Katy Hall <katyh@thisismission.com>, "David B. Oshinsky" <dave@cadencelaw.com>, Chris Choi <chris@justjared.com>, Jared Eng <jared@justjared.com>

Hi Jason


I wanted to follow up on my email as promised. I have now spoken with Sony.


As I have explained, it is our understanding that Sony contracted with Mr Ferdman directly and was happy with all images produced by Mr Ferdman and so it is unclear as to why there is an issue and why Mr Ferdman has commenced litigation.


Sony is, however, unwilling to get involved in the litigation at this time.


We believed that we had permission to distribute the images that were circulated to us. Given the relationship between Sony and Mr Ferdman, and the fact that Sony was happy with all images having paid Mr Ferdman his fee, we believe there was, at minimum an implied license for use.


If you would like to discuss further, please let me know. We can then set up a time to speak.


Yours


Helen


**Helen Croft**
Global Chief Operating Officer and General Counsel

t +44 (0)20 7845 7800   m +44 (0)7771 735 042

Mission Media Ltd,
32 Shelton Street, London, WC2H 9JE
thisismission.com

Instagram / @thisismission
Twitter / @thisismission
Facebook / ThisIsMission
Linkedin / Mission Media

The message in this email and any attachments are confidential and intended solely for the addressees. The contents may not be disclosed or used by anyone other than the addressee. If you receive this message in error, please delete it and immediately notify the sender.  Any offer or proposal to do business is subject to contract unless expressly

CONFIDENTIAL             JJ 000028

# EXHIBIT D

Steven Ferdman
201 W 72nd Street, Apt. 18E
New York, NY 10023

# Invoice

| Bill To |
| --- |
| Winnie Lam |
| Columbia Records |
| 25 Madison Ave |
| New York, NY 10010 |

| Date | Invoice No. | P.O. Number | Terms | Project |
| --- | --- | --- | --- | --- |
| 11/15/16 | SONY-9 | 1000817-004 | | |

| Item | Description | Quantity | Rate | Amount |
| --- | --- | --- | --- | --- |
| Shooting & Editing | John Legend Belvedere Samsung | | 500.00 | 500.00T |

| | |
| --- | --- |
| Subtotal | $500.00 |
| Sales Tax (0.0%) | $0.00 |
| Total | $500.00 |

# EXHIBIT E



5494/SVF/201706          VAT REG No:                          (I)

       Steven Ferdman
       201 West 72nd Street Apt 18E
       New York
       NY 10023
       USA

                                                 30 June 2017

### STATEMENT OF SALES (June 17)

| Subject of pic(s) | Supp.Ref | Set No | Use Fee | %DS | Net Amt | Client |
|---|---|---|---|---|---|---|
| Lais Ribeiro | | 8411055 | 1.15 | 50 | 0.58 | SERBIA |
| Robyn Lawley | | 8411055 | 1.15 | 50 | 0.58 | SERBIA |
| Gilbert Gottfried an | | 8619119 | 3.88 | 50 | 1.94 | Shutterstock Prem |
| Maya Eshet, Joey Mor | | 8623222 | 3.88 | 50 | 1.94 | Shutterstock Prem |
| Ludacris | | 8587768 | 6.98 | 50 | 3.49 | Shutterstock Prem |
| Diane Kruger | | 8562953 | 3.50 | 50 | 1.75 | harpersbazaar.co. |
| Diane Kruger | | 8562953 | 3.50 | 50 | 1.75 | harpersbazaar.co. |
| Lindsey Vonn | | 8639616 | 3.75 | 50 | 1.88 | Green Park Conten |
| Jason Statham, Rosie | | 8587768 | 1.23 | 50 | 0.62 | HUNGARY |
| Doutzen Kroes | | 8619021 | 1.23 | 50 | 0.62 | HUNGARY |
| Reese Witherspoon | | 8626082 | 1.23 | 50 | 0.62 | HUNGARY |
| Reese Witherspoon | | 8626082 | 1.23 | 50 | 0.62 | HUNGARY |
| Doutzen Kroes | | 8626082 | 26.00 | 50 | 13.00 | GRAZIA MAGAZINE |
| Ludacris | | 8587768 | 7.87 | 50 | 3.94 | Refinery29 |
| Dwayne Johnson | | 8587768 | 7.87 | 50 | 3.94 | Refinery29 |
| Priyanka Chopra | | 8619021 | 1.76 | 50 | 0.88 | ROMANIA |
| Elsa Hosk | | 8562953 | 16.92 | 50 | 8.46 | Shutterstock Prem |
| Kris Jenner | | 8619021 | 7.69 | 50 | 3.85 | Shutterstock Prem |
| Michael Moore | | 8660410 | 6.92 | 50 | 3.46 | Shutterstock Prem |
| Michael Moore | | 8660410 | 3.85 | 50 | 1.93 | Shutterstock Prem |
| Harry Styles | | 8812018 | 3.85 | 50 | 1.93 | Shutterstock Prem |
| Harry Styles | | 8812018 | 3.85 | 50 | 1.93 | Shutterstock Prem |
| Blake Lively | | 8625883 | 26.00 | 50 | 13.00 | HEAT |
| Harry Styles | | 8812018 | 1.15 | 50 | 0.58 | NORWAY |
| Harry Styles | | 8812018 | 1.15 | 50 | 0.58 | NORWAY |
| Harry Styles | | 8812018 | 1.15 | 50 | 0.58 | NORWAY |
| Harry Styles | | 8812018 | 1.15 | 50 | 0.58 | NORWAY |
| Michelle Rodriguez | | 8587768 | 1.22 | 50 | 0.61 | ROMANIA |
| Tyrese Gibson, Natha | | 8587768 | 11.63 | 50 | 5.82 | USA |
| Toni Cornell, Chris | | 8617899 | 0.42 | 50 | 0.21 | USA |
| Chris Cornell | | 8617899 | 0.42 | 50 | 0.21 | USA |
| Michael Bloomberg | | 8705690 | 3.94 | 50 | 1.97 | WWD |

    -- Continued on next sheet:-

REX FEATURES LTD 3rd Floor Counting House, Hays Galleria, 51-57 Tooley Street, London SE1 2QN
T + 44 (0)20 7278 7294
E accounts@rexfeatures.com sales@rexfeatures.com W www.rexfeatures.com
REGISTERED IN ENGLAND NO. 431261 MEMBER OF BAPLA



Page  2     Steven Ferdman

| Subject of pic(s) | Supp.Ref | Set No | Use Fee | %DS | Net Amt | Client |
|---|---|---|---|---|---|---|
| Harry Styles | | 8812018 | 3.94 | 50 | 1.97 | WWD |
| Dwayne Johnson | | 8587768 | 3.94 | 50 | 1.97 | Variety |
| Harry Styles | | 8812018 | 3.94 | 50 | 1.97 | Variety |
| Ruth Wilson | | 8632646 | 3.94 | 50 | 1.97 | Hollywood Life |
| Kris Jenner | | 8619021 | 3.94 | 50 | 1.97 | Hollywood Life |
| Harry Styles | | 8812018 | 3.94 | 50 | 1.97 | Hollywood Life |
| Harry Styles | | 8812018 | 3.94 | 50 | 1.97 | Hollywood Life |
| Harry Styles | | 8812018 | 3.94 | 50 | 1.97 | Hollywood Life |
| Harry Styles | | 8812018 | 3.94 | 50 | 1.97 | Hollywood Life |
| Harry Styles | | 8812018 | 3.94 | 50 | 1.97 | Hollywood Life |
| Harry Styles | | 8812018 | 3.94 | 50 | 1.97 | Hollywood Life |
| Michael Moore | | 8660410 | 3.94 | 50 | 1.97 | Hollywood Life |
| Kris Jenner | | 8619021 | 3.94 | 50 | 1.97 | Hollywood Life |
| Katie Holmes | | 8660342 | 3.94 | 50 | 1.97 | Hollywood Life |
| Katie Holmes | | 8660342 | 3.94 | 50 | 1.97 | Hollywood Life |
| Katie Holmes | | 8660358 | 3.94 | 50 | 1.97 | Hollywood Life |
| Harry Styles | | 8812018 | 3.94 | 50 | 1.97 | FN |
| John Legend | | 7433960 | 3.94 | 50 | 1.97 | PMC Video |
| Rosie O'Donnell | | 8433672 | 3.94 | 50 | 1.97 | Variety Insight |
| Tyrese Gibson | | 8587768 | 3.94 | 50 | 1.97 | Variety |
| Elsa Pataky | | 8587768 | 3.94 | 50 | 1.97 | Variety |
| Tyrese Gibson | | 8587768 | 3.94 | 50 | 1.97 | Variety |
| Zoey Deutch | | 8623222 | 3.94 | 50 | 1.97 | Variety |
| Anthony Mackie | | 8619119 | 3.94 | 50 | 1.97 | Variety |
| Zoey Deutch | | 8623222 | 3.94 | 50 | 1.97 | Hollywood Life |
| Katie Holmes | | 8660358 | 3.94 | 50 | 1.97 | Hollywood Life |
| Rosie Huntington-Whi | | 8587768 | 3.94 | 50 | 1.97 | FN |
| Kendall Jenner | | 8619021 | 3.94 | 50 | 1.97 | FN |
| Emma Roberts | | 8628487 | 3.94 | 50 | 1.97 | FN |
| Charlize Theron | | 8587768 | 3.94 | 50 | 1.97 | WWD |
| 'Fearless Girl' stat | | 8595174 | 13.70 | 50 | 6.85 | USA |
| Harry Styles | | 8812018 | 5.00 | 50 | 2.50 | Metro.Co.Uk |

```
                         SUB-TOTAL SALES      £    152.30
                         VAT @ 0%             £      0.00
                                                ==========
                         TOTAL SALES          £    152.30 £     152.30
                                                ==========   ==========
```

```
        ************************************************
        * PLEASE REGARD THIS AS A SELF BILLING INVOICE *
        * THIS SUPPLY IS SUBJECT TO REVERSE CHARGE IN  *
        * THE COUNTRY OF RECEIPT                       *
        * PLEASE NOTE OUR VAT NUMBER IS GB 125 4813 26 *
        ************************************************
```

REX FEATURES LTD  3rd Floor Counting House, Hays Galleria, 51-57 Tooley Street, London SE1 2QN
T + 44 (0)20 7278 7294
E accounts@rexfeatures.com sales@rexfeatures.com W www.rexfeatures.com
REGISTERED IN ENGLAND NO. 431261  MEMBER OF BAPLA



5494/SVF/201705        VAT REG No:                    (I)

        Steven Ferdman
        201 West 72nd Street Apt 18E
        New York
        NY 10023
        USA

                                                31st May 2017
            STATEMENT OF SALES (May 17)

| Subject of pic(s) | Supp.Ref | Set No | Use Fee | %DS | Net Amt | Client |
|---|---|---|---|---|---|---|
| Kate Upton | | 8411055 | 8.00 | 50 | 4.00 | Whalerock Industr |
| Ashley Graham | | 8411055 | 8.00 | 50 | 4.00 | Whalerock Industr |
| Eugenie Bouchard | | 8411055 | 8.00 | 50 | 4.00 | Whalerock Industr |
| Kate Upton | | 8411055 | 4.09 | 50 | 2.05 | Green Park Conten |
| Rihanna | | 5967121 | 2.96 | 50 | 1.48 | FRANCE |
| Tom Holland | | 6028065 | 21.60 | 50 | 10.80 | Shutterstock Prem |
| Bryan Cranston | | 8410871 | 4.00 | 50 | 2.00 | Shutterstock Prem |
| Ed Sheeran | | 8488374 | 8.50 | 50 | 4.25 | Official Charts |
| Max Winkler, Henry W | | 8623222 | 38.76 | 50 | 19.38 | Us Weekly |
| Hugh Jackman | | 8562953 | 5.00 | 50 | 2.50 | Conde Net UK |
| Ruth Negga | | 8626082 | 5.00 | 50 | 2.50 | Conde Net UK |
| Bill Murray | | 8501645 | 9.00 | 50 | 4.50 | The Culture Trip |
| Charlotte Casiraghi, | | 8562953 | 1.98 | 50 | 0.99 | NORWAY |
| Charlotte Casiraghi | | 8562953 | 1.98 | 50 | 0.99 | NORWAY |
| Charlotte Casiraghi, | | 8562953 | 1.98 | 50 | 0.99 | NORWAY |
| Charlotte Casiraghi | | 8562953 | 1.98 | 50 | 0.99 | NORWAY |
| Rihanna | | 5967121 | 2.88 | 50 | 1.44 | FRANCE |
| Rihanna | | 5967121 | 2.88 | 50 | 1.44 | FRANCE |
| Ruth Negga | | 8626082 | 15.80 | 50 | 7.90 | DAILY MAIL |
| John Legend | | 7433960 | 3.00 | 50 | 1.50 | Time Inc |
| Rihanna | | 5967121 | 3.00 | 50 | 1.50 | Time Inc |
| Rosie Huntington-Whi | | 8587768 | 11.80 | 50 | 5.90 | RUSSIA |
| Hilary Rhoda | | 8587768 | 11.80 | 50 | 5.90 | RUSSIA |
| Charlize Theron | | 8587768 | 0.82 | 50 | 0.41 | RUSSIA |
| Katie Holmes | | 8660342 | 1.76 | 50 | 0.88 | RUSSIA |
| Tom Holland | | 6028065 | 4.62 | 50 | 2.31 | Microsoft Ireland |
| Tom Holland | | 6028065 | 4.62 | 50 | 2.31 | Microsoft Ireland |
| Awkwafina | | 6904561 | 4.62 | 50 | 2.31 | Microsoft Ireland |
| Ed Sheeran | | 8488374 | 5.00 | 50 | 2.50 | Guardian Website |

                                        ===========
                SUB-TOTAL SALES      £    101.72
                VAT @ 0%             £      0.00
                                        ===========
                TOTAL SALES          £    101.72 £      101.72

REX FEATURES LTD 3rd Floor Counting House, Hays Galleria, 51-57 Tooley Street, London SE1 2QN
T + 44 (0)20 7278 7294
E accounts@rexfeatures.com sales@rexfeatures.com W www.rexfeatures.com
REGISTERED IN ENGLAND NO. 431261 MEMBER OF BAPLA



```
CREDIT CFWD FROM APR                          01/05/17        31.57
                                                          ==========
                                 BALANCE B/fwd       £       31.57 £        31.57

                                                                      ==========
                                 AMOUNT PAYABLE                    £      133.29
                                                                      ==========

       *************************************************
       * PLEASE REGARD THIS AS A SELF BILLING INVOICE *
       * THIS SUPPLY IS SUBJECT TO REVERSE CHARGE IN  *
       * THE COUNTRY OF RECEIPT                        *
       * PLEASE NOTE OUR VAT NUMBER IS GB 125 4813 26 *
       *************************************************
```

REX FEATURES LTD  3rd Floor Counting House, Hays Galleria, 51-57 Tooley Street, London SE1 2QN
T + 44 (0)20 7278 7294
E accounts@rexfeatures.com  sales@rexfeatures.com  W www.rexfeatures.com
REGISTERED IN ENGLAND NO. 431261  MEMBER OF BAPLA



5494/SVF/201702        VAT REG No:                    (I)

      Steven Ferdman
      201 West 72nd Street Apt 18E
      New York
      NY 10023
      USA

28th February 2017

STATEMENT OF SALES (February 17)

| Subject of pic(s) | Supp.Ref | Set No | Use Fee | %DS | Net Amt | Client |
|---|---|---|---|---|---|---|
| Tom Holland | | 6023475 | 61.48 | 50 | 30.74 | In Touch Weekly |
| Tom Holland | | 6023475 | 60.98 | 50 | 30.49 | In Touch Weekly |
| Rihanna | | 5967121 | 4.07 | 50 | 2.04 | FRANCE |
| Awkwafina | | 6904561 | 7.96 | 50 | 3.98 | Refinery29 |
| Woody Allen | | 6047528 | 7.95 | 50 | 3.98 | Refinery29 |
| Tom Holland | | 6028065 | 0.70 | 50 | 0.35 | Shortlist Online |
| Woody Allen, Soon-Yi | | 6047528 | 8.15 | 50 | 4.08 | Refinery29 |
| John Legend | | 7433960 | 4.00 | 50 | 2.00 | Hollywood Life |
| John Legend | | 7433960 | 4.00 | 50 | 2.00 | Hollywood Life |
| Rihanna | | 5967121 | 4.00 | 50 | 2.00 | Hollywood Life |
| Tom Holland | | 6053041 | 4.00 | 50 | 2.00 | Gold Derby |
| Tom Holland | | 6028065 | 2.83 | 50 | 1.42 | MSN.CO.UK |
| Tom Holland | | 6028065 | 2.83 | 50 | 1.42 | MSN.CO.UK |

```
                           ===========
SUB-TOTAL SALES       £     86.50
VAT @ 0%              £      0.00
                           ===========
TOTAL SALES           £     86.50 £     86.50


CREDIT CFWD FROM JAN             01/02/17     51.89
                                            ===========
BALANCE B/fwd         £     51.89 £     51.89

                                            ===========
AMOUNT PAYABLE                          £    138.39
                                            ===========
```

```
***********************************************
* PLEASE REGARD THIS AS A SELF BILLING INVOICE *
* THIS SUPPLY IS SUBJECT TO REVERSE CHARGE IN  *
* THE COUNTRY OF RECEIPT                       *
* PLEASE NOTE OUR VAT NUMBER IS GB 125 4813 26 *
***********************************************
```

REX FEATURES LTD  3rd Floor Counting House, Hays Galleria, 51-57 Tooley Street, London SE1 2QN
T + 44 (0)20 7278 7294
E accounts@rexfeatures.com sales@rexfeatures.com W www.rexfeatures.com
REGISTERED IN ENGLAND NO. 431261  MEMBER OF BAPLA



5494/SVF/201704        VAT REG No:                    (I)

        Steven Ferdman
        201 West 72nd Street Apt 18E
        New York
        NY 10023
        USA

                                              30 April 2017
            STATEMENT OF SALES (April 17)

Subject of pic(s)   Supp.Ref        Set No   Use Fee %DS    Net Amt Client

Woody Allen                         6047528   11.48  50      5.74 Shutterstock Prem
Tom Holland                         6028065    0.63  50      0.32 CHINA
Tom Holland                         6028065    0.63  50      0.32 CHINA
Tom Holland                         6028065    0.63  50      0.32 CHINA
Tom Holland                         6028065    0.63  50      0.32 CHINA
Tom Holland                         6028065    0.63  50      0.32 CHINA
Tom Holland                         6028065    0.63  50      0.32 CHINA
Tom Holland                         6028065    0.63  50      0.32 CHINA
Tom Holland                         6028065    0.63  50      0.32 CHINA
Tom Holland                         6028065    0.63  50      0.32 CHINA
Tom Holland                         6028065    0.63  50      0.32 CHINA
Chrissy Teigen, John                8411055    4.50  50      2.25 Yahoo! EMEA Limit
Tom Holland                         6028065    1.70  50      0.85 GERMANY
Julia Restoin-Roitfe                8632646   39.06  50     19.53 Steven Sammut Mis
                                                           ===========
                    SUB-TOTAL SALES      £     31.57
                    VAT @ 0%             £      0.00
                                                ===========
                    TOTAL SALES         £     31.57 £      31.57
                                                           ===========
                    AMOUNT PAYABLE              £       0.00
                                                           ===========
                    BALANCE CFWD                £      31.57
                                                           ===========

        ***********************************************
        * PLEASE REGARD THIS AS A SELF BILLING INVOICE *
        * THIS SUPPLY IS SUBJECT TO REVERSE CHARGE IN  *
        * THE COUNTRY OF RECEIPT                        *
        * PLEASE NOTE OUR VAT NUMBER IS GB 125 4813 26 *
        ***********************************************

From time to time, you may receive statements of sales showing a small
balance due to you which has been carried forward.  This is because the
amount is too small to warrant the administration and bank charges that
may apply to sending small value payments.
The 'total sales' figure has been carried forward and will be added to
future sales until the amount due to you reaches £75.00, when payment
will be made.

REX FEATURES LTD  3rd Floor Counting House, Hays Galleria, 51-57 Tooley Street, London SE1 2QN
T + 44 (0)20 7278 7294
E accounts@rexfeatures.com sales@rexfeatures.com W www.rexfeatures.com
REGISTERED IN ENGLAND NO. 431261  MEMBER OF BAPLA

# EXHIBIT F



5494/SVF/201702        VAT REG No:                        (I)

```
            Steven Ferdman
            201 West 72nd Street Apt 18E
            New York
            NY 10023
            USA
```

                                              28th February 2017
                    STATEMENT OF SALES (February 17)

| Subject of pic(s) | Supp.Ref | Set No | Use Fee | %DS | Net Amt | Client |
|---|---|---|---|---|---|---|
| Tom Holland | | 6023475 | 61.48 | 50 | 30.74 | In Touch Weekly |
| Tom Holland | | 6023475 | 60.98 | 50 | 30.49 | In Touch Weekly |
| Rihanna | | 5967121 | 4.07 | 50 | 2.04 | FRANCE |
| Awkwafina | | 6904561 | 7.96 | 50 | 3.98 | Refinery29 |
| Woody Allen | | 6047528 | 7.95 | 50 | 3.98 | Refinery29 |
| Tom Holland | | 6028065 | 0.70 | 50 | 0.35 | Shortlist Online |
| Woody Allen, Soon-Yi | | 6047528 | 8.15 | 50 | 4.08 | Refinery29 |
| John Legend | | 7433960 | 4.00 | 50 | 2.00 | Hollywood Life |
| John Legend | | 7433960 | 4.00 | 50 | 2.00 | Hollywood Life |
| Rihanna | | 5967121 | 4.00 | 50 | 2.00 | Hollywood Life |
| Tom Holland | | 6053041 | 4.00 | 50 | 2.00 | Gold Derby |
| Tom Holland | | 6028065 | 2.83 | 50 | 1.42 | MSN.CO.UK |
| Tom Holland | | 6028065 | 2.83 | 50 | 1.42 | MSN.CO.UK |

```
                    SUB-TOTAL SALES      £      86.50
                    VAT @ 0%             £       0.00
                                            ===========
                    TOTAL SALES          £      86.50 £      86.50


CREDIT CFWD FROM JAN                01/02/17      51.89
                                            ===========
                    BALANCE B/fwd        £      51.89 £      51.89

                                                     ==========
                    AMOUNT PAYABLE                £     138.39
                                                     ==========
```

```
         ***********************************************
         * PLEASE REGARD THIS AS A SELF BILLING INVOICE *
         * THIS SUPPLY IS SUBJECT TO REVERSE CHARGE IN  *
         * THE COUNTRY OF RECEIPT                       *
         * PLEASE NOTE OUR VAT NUMBER IS GB 125 4813 26 *
         ***********************************************
```

REX FEATURES LTD 3rd Floor Counting House, Hays Galleria, 51-57 Tooley Street, London SE1 2QN
T + 44 (0)20 7278 7294
E accounts@rexfeatures.com sales@rexfeatures.com W www.rexfeatures.com
REGISTERED IN ENGLAND NO. 431261  MEMBER OF BAPLA