UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
Steven Feldman,

    Plaintiff(s),

-against-

Just Jared, Inc.,

    Defendant(s).
------------------------------x

17 Civ. 1283 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

  Counsel shall confer and inform Judge Preska by letter no later than March 9, 2020 of the status of the action/remaining claims/defendants.

SO ORDERED.

_Loretta A. Preska_

LORETTA A. PRESKA,

Senior U.S.D.J.

Dated: March 2, 2020

New York, New York