

March 9, 2020

Honorable Lorretta Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Ferdman v. Just Jared, Inc. (1:17-cv-1283-LAP)*

Dear Judge Preska,

We represent Plaintiff, Steven Ferdman, in the above in-captioned case. The parties write to the inform the Court that they are in settlement discussions. If the parties are unable to resolve the matter within 30 days, we respectfully request a six-month period until October 9, 2020 to complete discovery. We then request that the court enter the following summary judgment motion schedule:

Motion due by: October 26, 2020
Responses due by: November 23, 2020
Replies due by: December 6, 2020

The Court's consideration is much appreciated.

Respectfully submitted,

/s/Richard Liebowitz
Richard P. Liebowitz

*Counsel for Plaintiff Steven Ferdman*

