

**Liebowitz Law Firm, PLLC**
Attorneys for the Photographic Arts

11 Sunrise Plaza, Ste. 305
Valley Stream, NY 11580
(516) 233-1660
www.LiebowitzLawFirm.com

April 10, 2020

Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Ferdman v. Just Jared, Inc. (1:17-cv-1283-LAP)*

Dear Judge Preska,

We represent Plaintiff, Steven Ferdman, in the above in-captioned case. The parties have reached a settlement in principle and respectfully request that this Court administratively dismiss the action with leave to reopen the case in thirty (30) days from today's date if the parties have not submitted their final stipulation of dismissal by such time.

The Court's consideration is much appreciated.

The Clerk of the Court shall mark this action closed, subject to reopening within 30 days if the settlement is not effected, and all pending motions denied as moot.

SO ORDERED.
Dated: April 13, 2020

_____
LORETTA A. PRESKA, U.S.D.J.

Respectfully submitted,

/s/Richard Liebowitz
Richard P. Liebowitz

*Counsel for Plaintiff Steven Ferdman*